# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

WILLIAM W. KACENSKY,       )
       Plaintiffs       )
           )
     v.        )     CIVIL ACTION NO. 3:11-cv-30227-MAP
           )
CARMEN MASSIMIANO, ET AL.,   )
       Defendants    )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants' Carmen C. Massimiano, et al., against the plaintiff William W. Kacensky, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                  **SARAH A. THORNTON**,
                  CLERK OF COURT

Dated: January 2, 2013         By  /s/ Maurice G. Lindsay
                  Maurice G. Lindsay
                  Deputy Clerk

(Civil Judgment (Routine) 4.wpd - 11/98)
[jgm.]